UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO.: CR03-446-MJP |
| Plaintiff, | ) | |
| v. | ) | SUMMARY REPORT OF U.S. |
| | ) | MAGISTRATE JUDGE AS TO |
| JACOB KLINE, | ) | ALLEGED VIOLATIONS |
| | ) | OF SUPERVISED RELEASE |
| Defendant. | ) | |

A hearing on supervised release revocation in this case was scheduled before me on September 28, 2005. The United States was represented by AUSA Andrew C. Friedman and the defendant by Paula S. Deutsch. The proceedings were recorded on cassette tape.

Defendant had been sentenced on or about May 30, 2000 in the District of Hawaii, cause number 99-425 by the Honorable Susan Oki Mollway on two counts of Bank Robbery and sentenced to 63 Months Custody, 3 years Supervised Release.

The conditions of supervised release included requirements that defendant comply with all local, state, and federal laws and with the standard conditions of supervision. Other special conditions included no weapons, mental health treatment, financial disclosure, and restitution in the amount of $2,658. Defendant's supervision was transferred to this District on October 22, 2003. (Dkt. 1)

On June 7, 2005, defendant's probation officer reported that he had violated supervised

release by committing the law violation of assault. Mr. Kline had been charged in state court for this offense, so the court deferred to the sentence imposed in state court and took no further action at the time. (Dkt. 3).

On August 23, 2005, the defendant agreed to a modification of the terms of his supervised release to require residence in a community corrections center for up to 180 days. (Dkt. 4)

In an application dated September 8, 2005, U.S. Probation Officer Brian K. Facklam alleged the following violation of the conditions of supervised release:

1. Failing to reside in a community corrections [center] in violation of his modified conditions of supervision ordering that he reside in a CCC until discharged by the center director with the approval of the U.S. Probation Officer.

Defendant was advised in full as to the charge and as to his constitutional rights.

Defendant admitted the alleged violation and waived any evidentiary hearing as to whether it occurred.

I therefore recommend the Court find defendant violated his supervised release as alleged and that the Court conduct a hearing limited to the issue of disposition. The next hearing will be set before Judge Pechman.

Pending a final determination by the Court, defendant has been detained.

DATED this <u>28th</u> day of September, 2005.

_____
Mary Alice Theiler
United States Magistrate Judge

cc:  District Judge:           Honorable Marsha J. Pechman
     AUSA:                     Andrew C. Friedman
     Defendant's attorney:     Paula S. Deutsch
     Probation officer:        Brian K. Facklam